IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KAREN AMSLER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　CASE NO.: 1:08cv179-SPM/AK

BLUE CROSS BLUE SHIELD
OF FLORIDA, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. 9) and Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the clerk shall close this case.

SO ORDERED this 17th day of November, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KAREN AMSLER,

    Plaintiff,

v.                                        CASE NO.: 1:08cv179-SPM/AK

BLUE CROSS BLUE SHIELD
OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. 9) and Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Accordingly, the clerk shall close this case.

SO ORDERED this 17th day of November, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge